# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEM/JASON CORRAGGIO, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | NO. 23-3627 |
| CAPITAL ONE FINANCIAL CORPORATION, | : | |
| | : | |
| *Defendant*. | : | |

## ORDER

**AND NOW,** this 8th day of August, 2024, it having been reported that the issues between the parties have been settled, and pursuant to the provisions of Local Civil Rule 41.1(b), it is

**ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel.

The Clerk of Court is directed to mark this case closed.

BY THE COURT:

*s/Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG
CHIEF DISTRICT JUDGE**